# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Johnson,<br><br>         Plaintiff,<br><br>v.<br><br>NEA Delivery LLC,<br><br>         Defendant. | **NO. CV-17-00265-PHX-JJT**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed this date and upon final approval of the Parties' Settlement Agreement, the individual releases of Plaintiff and 66 other plaintiffs who have filed Consents to Join the action and participate in the settlement are approved. Judgment is entered approving the service award to Named Plaintiff Anthony Johnson in the amount of $1,000.00. This matter is hereby dismissed with prejudice.

                                                    Brian D. Karth
                                                    District Court Executive/Clerk of Court

November 15, 2017

                                            s/ Leann Dixon
                                    By    Deputy Clerk